JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ALGER,<br><br>Plaintiff,<br>vs.<br><br>WINDSOR CAPITAL GROUP, INC.; and SLO PROPCO LLC,<br><br>Defendants | Case No. 2:25-cv-09322-JLS-PVC<br><br>**JUDGMENT** |

Pursuant to the Court's Order Granting in Part Motion for Default Judgment entered on May 26, 2026 (Doc. 28), and good cause appearing therefor, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. Judgment is entered in favor of Plaintiff James Alger ("Plaintiff") and against Defendants Windsor Capital Group, Inc. and SLO Propco, LLC ("Defendants").

2. The Court finds Defendants liable under Title III of the Americans with Disabilities Act, 42 U.S.C. §§ 12181 et seq., with respect to the following barriers identified in Plaintiff's Complaint:

a. A swimming pool lift incapable of independent operation from both the deck and water levels;
b. Lack of a permanent seat at the head end of the bathtub or a removable in-tub seat; and
c. A blocked emergency phone at the pool area.

3. Defendants Windsor Capital Group, Inc. and SLO Propco, LLC, including their officers, agents, employees, successors, assigns, and all persons acting in concert with them, are hereby permanently enjoined to provide ADA-compliant access by remedying the foregoing violations consistent with the Americans with Disabilities Act and the 2010 ADA Standards for Accessible Design.

4. Plaintiff is awarded a total monetary judgment in the amount of $6,264.02, consisting of $5,652.50 in attorneys' fees and $611.52 in costs.

DATED: July 15, 2026

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE